# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001751357
Search Results: Displaying 1 of 1 entries





*Teen Sex: 18 Year Old Hookers.*

          **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001751357 / 2011-08-24
        **Application Title:** Teen Sex: 18 Year Old Hookers.
                   **Title:** Teen Sex: 18 Year Old Hookers.
           **Description:** Videodisc (DVD)
    **Copyright Claimant:** Ingenuity13 LLC. Address: Springates East, Government Road, Charlestown, Saint Kitts-Nevis.
          **Date of Creation:** 2011
      **Date of Publication:** 2011-08-18
**Nation of First Publication:** United States
**Authorship on Application:** Ingenuity13 LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor.
                 **Names:** Ingenuity13 LLC





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page