**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| INGENUITY13 LLC, | CASE NO. 0:12-cv-02686 |
| Plaintiff, | |
| v. | Judge: Hon. Susan Richard Nelson |
| JOHN DOE, | Magistrate Judge: Hon. Jeanne J. Graham |
| Defendant. | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Ingenuity13 LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Ingenuity13 LLC

DATED: October 24, 2012

By: s/ Michael K. Dugas
Michael K. Dugas
Bar No. 0392158
Attorney for Plaintiff
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (415) 325 – 5900
mkdugas@wefightpiracy.com