## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INGENUITY13 LLC, | CASE NO. 0:12-cv-2686 |
| Plaintiff, | |
| v. | Judge: Hon. Richard H. Kyle |
| JOHN DOE, | Magistrate Judge: Hon. Jeanne J. Graham |
| Defendant. | |

## PLAINTIFF'S SUPPORTING AFFIDAVIT REGARDING EXHIBITS

I, Michael Dugas, declare as follows:

1. I am counsel of record for Plaintiff Ingenuity13 LLC in this matter. My business address is 900 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.

2. Attached hereto as Exhibit A is a copy of the Declaration of Peter Hansmeier in support of Plaintiff's Motion for Leave to take Discovery Prior to the Rule 26(f) Conference.

3. Attached hereto as Exhibit B is a copy of Comcast Cable Communications LLC's subpoena compliance policy.

By: s/ Michael K. Dugas
Michael K. Dugas
Bar No. 0392158
Attorney for Ingenuity13 LLC
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (415) 325 – 5900
mkdugas@wefightpiracy.com