# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INGENUITY13 LLC, | CASE NO. 0:12-cv-02686 |
| Plaintiff, | Judge: Hon. Richard H. Kyle |
| v. | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | **PLACEHOLDER FOR PLAINTIFF'S NOTICE TO COURT REGARDING COMMUNICATION (FILED UNDER SEAL)** |
| Defendant. | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Plaintiff's Notice to Court Regarding Communication**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order (ECF No. 10)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
     (Document number of redacted version: ___)

___ Other (description):