UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INGENUITY13 LLC, | CASE NO. 0:12-cv-2686 |
| Plaintiff, | |
| v. | |
| | Judge: Hon. Richard H. Kyle |
| JOHN DOE, | Magistrate Judge: Hon. Jeanne J. Graham |
| Defendant. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice. The Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,
INGENUITY13 LLC

DATED: January 4, 2013

By:   s/ Michael K. Dugas
      Michael K. Dugas
      Bar No. 0392158
      Attorney for Plaintiff
      Alpha Law Firm LLC
      900 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402
      Telephone: (415) 325 – 5900
      mkdugas@wefightpiracy.com

1