## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INGENUITY13 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | CASE NO. 0:12-cv-2686<br><br><br>Judge: Hon. Richard H. Kyle<br><br>Magistrate Judge: Hon. Jeanne J. Graham |

## **CERTIFICATE OF SERVICE**

Because Plaintiff is currently the only party to this action, there are no other parties that Plaintiff can serve a copy of Plaintiff's Notice of Voluntary Dismissal of Action.

    /s/ Michael K. Dugas